**DISMISS, and Opinion Filed August 9, 2016.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00359-CR

## WARNELL JERMONE LOUDEN, APPELLANT

## V.

## THE STATE OF TEXAS, APPELLEE

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F13-61235-H**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Schenck

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion to withdraw and **ORDERS** the appeal **DISMISSED** and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

160359F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

WARNELL JERMONE LOUDEN,
Appellant

No. 05-16-00359-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 1, Dallas County, Texas
Trial Court Cause No. F13-61235-H.
Opinion delivered by Justice Fillmore.
Justices Francis and Schenck participating.

Based on the Court's opinion of this date, we **GRANT** appellant's motion to voluntarily dismiss his appeal and **DISMISS** the appeal.

Judgment entered this 9th day of August, 2016.